UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

Docket No. 7:25-CR-58-4D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SWAHELI HATARI MEADOWS ) | |
| Defendant ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for November 24, 2025, in Raleigh. The case is hereby CONTINUED to _January 2026_ in Raleigh, North Carolina.

This _9_ day of _October_ 2025.

James C. Dever III
U.S. District Judge